STATE, Respondent, v. WIPF, Appellant.

(244 N. W. 116.)

(File No. 7385.   Opinion filed September 14, 1932.)

*Alan Bogue,* of Parker, for Appellant.
*M. Q. Sharpe,* Attorney General, for the State.

PER CURIAM.   In this case a certified copy of the notice of appeal and notice of settlement of record were filed in this court on January 28, 1932.   No further steps have been taken in this court and no appellant's brief has been filed.   The appeal therefore is deemed to have been abandoned, and the judgment and order appealed from are affirmed.

All the Judges concur.